AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

**United States of America**

        Plaintiff

V.

**Solomon Dockery**

        Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 03cr544 (KSH)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☐   GRANTED, and

    ☐ The clerk is directed to file the complaint, and

    ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☒ **DENIED**, for the following reasons: _Defendant was sentenced by Judgment dated Jan 12, 2004. No appeal was filed. There are no pending cases requiring transcript._

ENTER this 7th day of August, 2008

                                          _/s/ Katharine S. Hayden_
                                          Signature of Judicial Officer

                                          Katharine S. Hayden
                                          Name and title of Judicial Officer